IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UIRC-GSA HOLDINGS, LLC, a Delaware limited liability company, | ) Docket No. 15 C 9518 |
| Plaintiff, | ) |
| vs. | ) |
| RAINIER GSA PORTFOLIO I, LLC, a Texas limited liability company, | ) Chicago, Illinois |
| | ) February 16, 2016 |
| Defendant. | ) 8:41 o'clock a.m. |

TRANSCRIPT OF PROCEEDINGS - STATUS
BEFORE THE HONORABLE AMY J. ST. EVE

APPEARANCES:

For the Plaintiff: TAFT, STETTINIUS & HOLLISTER, LLP
BY: MR. JOHN F. KENNEDY
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601

For the Defendant: KILPATRICK, TOWNSEND, STOCKTON LLP
BY: MS. JENNIFER L. GRAF
2001 Ross Avenue, Suite 4400
Dallas, Texas 75201

Court Reporter: MR. JOSEPH RICKHOFF
Official Court Reporter
219 S. Dearborn St., Suite 1232
Chicago, Illinois 60604
(312) 435-5562

* * * * * * * * * * * * * * * * * *

PROCEEDINGS RECORDED BY
MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED BY COMPUTER

THE CLERK: 15 C 9518, UIRC-GSA Holdings vs. Rainier GSA Portfolio.

THE COURT: Good morning.

MS. GRAF: Good morning, your Honor.

MR. KENNEDY: Good morning, your Honor, John Kennedy on behalf of the plaintiff.

MS. GRAF: Jennifer Graf on behalf of the defendant.

THE COURT: You are here for status this morning.

Plaintiff's motion to strike the affirmative defenses is not fully briefed yet. You have plenty of time for fact discovery. It does not close until July.

What is the status of the case, and what is the status of any settlement discussions?

MR. KENNEDY: We'll start with settlement first, your Honor.

THE COURT: Okay.

MR. KENNEDY: The plaintiff has made a written demand upon the defendant a few weeks back, and the principals from both sides have been talking two or three times. Ms. Graf and I have talked two or three times. We have asked for a written counter proposal authorized by the defendant and, for reasons Ms. Graf can explain, we have not yet gotten that. And, so, we're hopeful to bring that to closure, just kind of put the bookends on the value of the case.

So, I can leave it to Ms. Graf to explain their

status on their side.

MS. GRAF: Yes, your Honor. I think when we received the plaintiff's written demand, there's a disconnect between the parties as to what the defendant's profits were on this offering. And the plaintiff's demand is based on what their profits would have been if they had proposed this offering. And the numbers are way off on what Rainier has earned or profited in this transaction.

And, therefore, the parties have been talking and the attorneys have been exchanging as far as what Rainier really did earn in this offering. And, so, we're just getting to that now.

THE COURT: Okay.

MS. GRAF: And there's also been some issues with some third parties. I hate this expression, but it's kind of been like wrangling cats a little bit to try to get everyone in line.

So, we are not ignoring the plaintiff's demand. We do intend to respond back to their demand. It's just been a little bit more difficult, given the complexities of this case.

THE COURT: Okay.

MR. KENNEDY: And I didn't mean to suggest the defendant wasn't going. We have been talking, your Honor.

THE COURT: I did not take it that way, Mr. Kennedy.

Do you have a sense of timing, how long it will take you to herd the cats?

MS. GRAF: If could I get two weeks, I think that that would be time for me to put something together and --

THE COURT: Why don't you try to submit a written offer back to the defendants, let's say, by March 1st.

MS. GRAF: Thank you, your Honor.

THE COURT: And, then, what about discovery? It is early on. You should have issued written by now, as well as your 26(a)(1)'s.

MR. KENNEDY: We have. We've exchanged 26(a)(1)'s. We've exchanged Rule 33 and Rule 34s. By agreement, we'll exchange responses to those by March 8.

THE COURT: Okay.

MR. KENNEDY: And at that point, your Honor, we should then also be in a position to begin the evaluation as to whether or not additional parties should be joined to the case.

Your Honor had entered an order that would allow the defendants to bring third parties in without leave of court by a date certain. Those dates have come and gone. But we do understand that there may be at least two additional parties that may be joined, and we're waiting to see the responses to the discovery to evaluate that joinder from the plaintiff's side. The defense may or may not join them.

THE COURT: All right.

You can always file a motion, even though those deadlines may have passed. You can certainly file a motion.

So, go forward, please. Once you issue a written offer back, I am going to direct you to meet and confer --

MR. KENNEDY: Thank you, Judge.

THE COURT: -- or continue your discussions and see if there is any interest in going to see Magistrate Judge Mason, who is your assigned magistrate judge.

MR. KENNEDY: Yes.

THE COURT: And please come back here in early April.

THE CLERK: April 6th at 8:30.

THE COURT: Thank you for being so prepared today for the status.

Is there anything else?

MR. KENNEDY: No. Thank you, your Honor.

MS. GRAF: No, your Honor. Thank you very much.

* * * * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

/s/ Joseph Rickhoff
Official Court Reporter

March 24, 2016