**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

UIRC−GSA Holdings, LLC
Plaintiff,
v.
Rainer GSA Portfolio I LLC, et al.
Defendant.

Case No.: 1:15−cv−09518
Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2016:

MINUTE entry before the Honorable Amy J. St. Eve: Motion hearing held on 8/11/2016. Defendants Newmark Brugg Levy Strange Beffort and Timothy Strange's third unopposed motion for enlargement of time [54] is granted. Said defendants shall answer or otherwise plead by 9/7/16. Status hearing remains set for 8/31/16 at 1:00 p.m. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.