**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

UIRC−GSA Holdings, LLC
Plaintiff,
v.
Rainer GSA Portfolio I LLC, et al.
Defendant.

Case No.: 1:15−cv−09518
Honorable Amy J. St. Eve

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 31, 2016:

MINUTE entry before the Honorable Amy J. St. Eve:Status hearing held on 8/31/2016 and continued to 10/3/2016 at 08:30 AM. Defendants Newmark and Strange shall answer or otherwise plead by 10/11/16. Mailed notice(kef, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.