**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| UIRC-GSA HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>WILLIAM BLAIR & COMPANY, LLC, A Delaware limited liability company,<br><br>and<br><br>Michael Kalt, an Illinois citizen,<br><br>Defendants. | Civil Action No.: 1:15-cv-09518<br><br>JURY DEMAND<br><br>Judge: Honorable Amy J. St. Eve<br>Magistrate: Honorable Michael Mason |

**NOTICE OF SIGNED SETTLEMENT**

Plaintiff UIRC-GSA HOLDINGS, LLC, by its undersigned attorneys and pursuant to this Court's direction on October 3, 2016, hereby provides notice that the settlement agreement between the Plaintiff and the current Defendants has been signed by all parties.

Dated: October 11, 2016

Respectfully Submitted,

UIRC-GSA HOLDINGS, LLC

/s/ Cary E. Donham
By: One of Its Attorneys

John F. Kennedy
Cary E. Donham
Joseph F. Schmidt
Michael D. Froelich
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Telephone: (312) 527-4000