**IN THE UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

UIRC-GSA Holdings, LLC
,

Plaintiff(s),

v.

Rainier GSA Portfolio I, LLC et al.,

Defendant(s).

Case No. 15 C 9518
Judge Amy J. St. Eve

**ORDER**

Plaintiff's oral request to withdraw is granted. Cary Donham, John Kennedy and Michael Froelich are given leave to withdraw as counsel for plaintiff.

Date: 10/11/2016

Amy J. St. Eve
United States District Judge