IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UIRC-GSA Holdings, LLC , <br><br> Plaintiff(s), <br><br> v. <br><br> Rainier GSA Portfolio I, LLC, <br><br> Defendant(s). | Case No. 15 C 9518 <br> Judge Amy J. St. Eve |

### ORDER

Motions for leave to appear pro hac vice on behalf of Rainier GSA Portfolio I, LLC and Rainier Realty Acquisitions GP, LLC by Cole Ramey and Jennifer Graf [111][112] are granted. Agreed motion for additional extension of time [113] is granted. The time to answer or otherwise plead to the third-party complaint is extended to 6/2/17.

Date: 5/25/2017

Amy J. St. Eve
United States District Judge