# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UIRC-GSA HOLDINGS, LLC, a Delaware limited liability company, <br><br> Plaintiff, <br><br> vs. <br><br> WILLIAM BLAIR & COMPANY, LLC, a Delaware limited liability company, and Michael Kalt, an Illinois citizen, <br><br> Defendants. | Civil Action No.: 1:15-cv-09518 <br><br> Judge: Honorable Amy J. St. Eve <br> Magistrate: Honorable Michael Mason |
| WILLIAM BLAIR & COMPANY, LLC, <br><br> Counter-Plaintiff, <br><br> vs. <br><br> UIRC-GSA HOLDINGS, LLC and URBAN INVESTMENT RESEARCH CORP., <br><br> Counter-Defendants | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on June 6, 2107 at 8:30 a.m., or as soon as counsel may be heard, the undersigned shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Courtroom 1241 or the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and the and there shall present **Motion to Dismiss**, copies of which have been served upon you.

Case: 1:15-cv-09518 Document #: 118 Filed: 05/26/17 Page 2 of 3 PageID #:3198

2

Dated May 26, 2017  Respectfully submitted,

**UIRC-GSA Holdings, Inc. & Urban Investment Research Corporation,**

By: /s/ Eugene J. Schiltz
       One of its attorneys

Sean B. Crotty
Eugene J. Schiltz
Francis C. Wilkie
CROTTY & SCHILTZ, LLC,
120 N. LaSalle, 20th floor
Chicago, IL 60602
(312) 444-1000
scrotty@crottylaw.com
gschiltz@crottylaw.com
fwilkie@crottylaw.com

## CERTIFICATE OF SERVICE

    I, Eugene J. Schiltz, hereby certify that on May 26, 2017, I electronically filed this **Notice of Motion** with the Clerk of the Court using the ECF system which will send notification to all e-filing participants of record.

                                          /s/ Eugene J. Schiltz